IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KEVIN WADE CRYSTAL,

    Plaintiff,

vs.                                              CASE NO. 5:06cv144-SPM/MD

ORLESTER DICKENS, et al.,

    Defendants.

_____/

**<u>ORDER</u>**

THIS CAUSE comes before the Court for consideration of the magistrate judge's report and recommendation dated October 23, 2006 (doc. 16).  Plaintiff has been furnished a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc.16) is adopted and incorporated by reference in this order.

2.    This case is dismissed without prejudice pursuant to Plaintiff's

Notice of Voluntary Dismissal (doc. 15).

DONE AND ORDERED this 1st day of November, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge